### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANEEAH TROUTMAN | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | CASE NO.: 20-5938 |
| v. | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shaneeah Troutman, and Defendant State Farm Fire and Casualty Company by and through their undersigned counsel, hereby STIPULATE this matter is resolved and should be dismissed with prejudice and each side is to bear their own attorneys' fees and costs.

Respectfully Submitted:

By: /s/ Ari R. Karpf
Ari R. Karpf
Karpf, Karpf & Cerutti
3331 Street Road
Two Greenwood Sq., Suite 128
Bensalem, Pa. 19020
Tel: (215) 639-4970
Email: akarpf@karpf-law.com
*Attorneys for Plaintiff*

By: /s/ Martha Keon
Martha Keon
Littler
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: (267) 402-3050
Email: MKeon@littler.com
*Attorneys for Defendant*

Dated: October 5, 2023

SO ORDERED:

/s/ Gerald Austin McHugh
_____
The Hon. Gerald Austin McHugh, U.S.D.J.

Dated: October __6__, 2023